IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00656-REB-MEH

ANTERO RESOURCES CORPORATION,

      Plaintiff,

v.

SOUTH JERSEY RESOURCES GROUP, LLC, and
SOUTH JERSEY GAS COMPANY,

      Defendants.

---

### MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 23, 2015.**

      Plaintiff's Motion to Strike [Defendants'] Reply Brief and Supporting Affidavits or, in the Alternative, Motion for Leave to File a Surreply [filed September 16, 2015; docket #37] is **granted in part and denied in part**. The Court finds insufficient cause to grant the drastic remedy of striking the Defendants' reply brief, but finds good cause to permit the Plaintiff to file a surreply **on or before October 7, 2015**.