**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00656-REB-MEH

ANTERO RESOURCES CORPORATION,

    Plaintiff,

v.

SOUTH JERSEY RESOURCES GROUP LLC and
SOUTH JERSEY GAS COMPANY,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

This matter is before me on the following: (1) **Defendant South Jersey's Motion to Stay or Transfer and Supporting Memorandum of Law** [#17][1] filed August 19, 2015; and (2) the corresponding **Recommendation of United States Magistrate** Judge [#56] filed October 22, 2015. No objections to the recommendation were filed. Therefore, I review the recommendation for plain error only. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no error, much less plain error, in the recommendation, I find and conclude that recommendation should be approved and adopted.

Three different lawsuits have been filed about the dispute at issue in this case. Before the above-captioned case was filed, each defendant in this case, acting as a

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

plaintiff, filed a lawsuit against Antero Resources Corporation, the plaintiff in this case. Those two cases were filed in the United States District Court for the District of New Jersey. The New Jersey cases were subsequently consolidated.

In the present motion to stay or transfer [#17], the defendants ask that this case be stayed while the New Jersey court determines which of these cases should proceed. In the recommendation [#56], the magistrate judge recommends that this court stay this case pending a determination by the New Jersey court about which of these cases should proceed. On January 21, 2016, the New Jersey court entered an order transferring the consolidated New Jersey cases to this court.

I concur with the analysis and conclusions detailed by the magistrate judge. Thus, I approve and adopt the recommendation. Now that the New Jersey court has made its determination, there is no need to stay this action. Effectively, the transfer of the New Jersey cases to this court renders the motion to stay [#17] moot.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate** Judge [#56] filed October 22, 2015, is approved and adopted as an order of this court; and

2. That the corresponding **Defendant South Jersey's Motion to Stay or Transfer and Supporting Memorandum of Law** [#17] filed August 19, 2015, is denied as moot.

Dated March 21, 2016, at Denver, Colorado.

                                              **BY THE COURT:**

                                              */s/ Robert E. Blackburn*
                                              Robert E. Blackburn
                                              United States District Judge