IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00656-REB-MEH
(Consolidated with 16-cv-00167 and 16-cv-00179)

ANTERO RESOURCES CORPORATION,

 Plaintiff,

v.

SOUTH JERSEY RESOURCES GROUP, LLC,

 Defendant/Consol. Plaintiff,

SOUTH JERSEY GAS COMPANY,

 Defendant/Consol. Plaintiff,

v.

ANTERO RESOURCES APPALACIAN CORPORATION,

 Consol. Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 29, 2016**.

 The Parties' Joint Motion to Amend Scheduling Order [filed March 28, 2016; docket #63] is **granted**. For good cause shown, paragraph 9 of the operative Scheduling Order (docket # 31) is amended as follows:

  b. Discovery Cut-off: October 31, 2016;
  c. Dispositive Motion Deadline: December 7, 2016;
  d.3. The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before August 31, 2016;
  d.4. The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before September 30, 2016.

Except as amended by this order, the Scheduling Order remains in effect. In light of this order, the Status Conference currently set for March 31, 2016 is **vacated**.