IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00656-REB

ANTERO RESOURCES CORPORATION,

    Plaintiff,

v.

SOUTH JERSEY RESOURCES GROUP LLC, and
SOUTH JERSEY GAS COMPANY,

    Defendants.

---

## VERDICT FORM

---

We, the jury, on our oaths, present our answers to questions submitted by the court, to which we all have agreed:

### BREACH OF CONTRACT CLAIM BY ANTERO AGAINST SJG

1. Do you find that the plaintiff, Antero Resources Corporation, proved by a preponderance of the evidence all four (4) of the essential elements of its claim against the defendant, South Jersey Gas Company, for breach of contract, as set forth in Instruction No. 12?

    YES __X__                          NO _____

[If you answered "no" to Question No. 1, above, then do not answer Questions No. 2 below; instead, please proceed to Question No. 3. If you answered "yes" to Question No. 1 above, please proceed to Question No. 2.]

2. What amount of damages, if any, as defined in Instruction No. 19, do you find by a preponderance of the evidence were caused to plaintiff, Antero Resources Corporation, by the breach of the contract by defendant, South Jersey Gas Company?

$ 16,227,991

## BREACH OF CONTRACT CLAIM BY ANTERO AGAINST SJRG

3. Do you find that the plaintiff, Antero Resources Corporation, proved by a preponderance of the evidence all four (4) of the essential elements of its claim against the defendant, South Jersey Resources Group LLC, for breach of contract, as set forth in Instruction No. 13?

YES __X__     NO _____

**[If you answered "no" to Question No. 3, above, then do not answer Questions No. 4, below; instead, please proceed to Question No. 5. If you answered "yes" to Question No. 3, above, please proceed to Question No. 4.]**

4. What amount of damages, if any, as defined in Instruction No. 19, do you find by a preponderance of the evidence were caused to plaintiff, Antero Resources Corporation, by the breach of the contract by defendant, South Jersey Resources Group LLC ?

$ 43,982,422

## BREACH OF CONTRACT CLAIMS BY SJG AND SJRG AGAINST ANTERO

5. Do you find that the defendant, South Jersey Gas Company, proved by a preponderance of the evidence all four (4) of the essential elements of its claim against the plaintiff, Antero Resources Corporation, for breach of contract, as set forth in Instruction No. 14?

YES _____      NO __X__

6. Do you find that the defendant, South Jersey Resources Group LLC, proved by a preponderance of the evidence all four (4) of the essential elements of its claim against the plaintiff, Antero Resources Corporation, for breach of contract, as set forth in Instruction No. 15?

YES _____      NO __X__

**[If you answered "yes" to Question Nos. 5 or 6 above, then proceed to Question No. 7, below. If you answered "no" to Question Nos. 5 and 6, above, then date and sign the Verdict Form ]**

7. Do you find that the plaintiff, Antero Resources Group, proved by a preponderance of the evidence its affirmative defense of prior material breach of contract by defendants, South Jersey Resources Group LLC and South Jersey Gas Company, as set forth in Instruction No. 18?

YES _____      NO _____

[Before dating and signing the Verdict Form, make sure that you have completed the Verdict Form pursuant to the instructions stated in the Verdict Form.]

Dated this __8th__ day of May, 2017.