# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00656-REB-MEH

ANTERO RESOURCES CORPORATION,

    Plaintiff,

v.

SOUTH JERSEY RESOURCES GROUP, LLC, and
SOUTH JERSEY GAS COMPANY,

    Defendants.

## FINAL JUDGMENT

This action was tried before a jury of nine sworn to try the issues herein with the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado, presiding. The jury rendered unanimous verdicts.  In accordance with the verdicts of the jury and the orders filed during pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

**THEREFORE, IT IS ORDERED** as follows:

1. That as prescribed under Federal Rules of Civil Procedure 58, judgment enters for the plaintiff, Antero Resources Corporation, against the defendant, South Jersey Gas Company, in the amount of sixteen million, two hundred twenty-seven thousand, nine hundred ninety-one dollars ($16,227,991), plus post-judgment interest at the rate of 1.22 percent per year;

2. That as prescribed under Federal Rules of Civil Procedure 58, judgment enters for the plaintiff, Antero Resources Corporation, against the


defendant, South Jersey Resources Group, LLC, in the amount of forty-three million, nine hundred eighty-seven thousand, four hundred twenty-two dollars ($43,987,422), plus post-judgment interest at the rate of 1.22 percent per year; and

3. That costs shall be taxed and allowed as prescribed by Rule 54(d)1 and Local Civil Rule 54.1.

Dated July 21, 2017, at Denver, Colorado.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Kathleen Finney
    Kathleen Finney
    Deputy Clerk

APPROVED BY THE COURT:

*[signature]*

Robert E. Blackburn
United States District Judge